PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED UTOMOBILE, AEROSPACE AND GRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), | ) ) CASE NO. 4:19CV0420 ) ) |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON ) ) |
| v. | ) ) |
| GENERAL MOTORS LLC, | ) ) |
| Defendant. | ) **ORDER** |

Both the above-entitled action and *International Union, United Automobile, Aerospace & Agricultural Implement Workers of America - UAW v. General Motors LLC*, No. 4:19CV0013 (N.D. Ohio filed January 2, 2019), are related and reside on the docket of the undersigned. Lead counsel for both parties in Case No. 4:19CV0420, the most recently filed case, are required to attend the Case Management Conference ("CMC") in Case No. 4:19CV0013 scheduled for March 8, 2019 at 10:00 a.m. in Chambers 313, Thomas D. Lambros United States Court House, 125 Market Street, Youngstown, Ohio. Parties and representatives in Case No. 4:19CV0420 are welcome, but not required, to attend. While the Court plans to take advantage of the opportunity to discuss both matters on March 8, 2019, the Court will remain open to a subsequent CMC, if necessary, in Case No. 4:19CV0420.

(4:19CV0420)

      Attorney Joyce Goldstein shall immediately serve a copy of the within Order upon Defendant General Motors LLC and file a proof of service.

      IT IS SO ORDERED.

| | |
|---|---|
|   March 4, 2019   |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson<br>United States District Judge |